SUPREME COURT CASES.—1859.          433

The State of Iowa, ex rel. Nagel, v. Coenzler

THE STATE OF IOWA, *ex rel.* NAGLE, V. COENZLER.

1. CONSTITUTION CONSTRUED. The words "county officers" are used in article 12 section 7 of the Constitution, in the same sense in which they are used in the laws in existence at the time it was adopted.
2. SAME. Chapter 159, Session Laws 1858, was enacted to carry into effect the *proviso* in section 7 article 12 of the constitution.
3. SAME. The term of a justice of the peace elected at the April election, 1858, expired on the first Monday in January, 1859.

*Appeal from Dubuque District Court.*

WEDNESDAY, OCTOBER 26.

*Loeber & Joerus,* for the appellant.

*W. T. Barker,* for the appellee.

WOODWARD, J.—An information in the nature of a *quo warranto* issued to the defendant to show by what right he held the office of justice of the peace, and averring that the relator was entitled to the same, in his place. It is agreed that the respondent was elected at the April election, 1858, and the relator at the October election of the same year, to the same office; and the question is, whether the defendant continued to hold by law, or whether the election in October was in accordance with the intent of the constitution and law.

The provisions relating to this question are art. 12 sec. 7 of the constitution, and Act of 23 March (sections 4, 16, 20, chapter 159, Laws of 1858, page 402.) The Constitution uses the terms, "county officer," in the sense given to them by the laws in existence when that was adopted. And the last clause (the proviso) of section 7 of article 12, though obscurely expressed, means that the term of such an officer, elected at the April election, 1858, should cease at the October election, or at the time prescribed for those then elected to go into office. A part of the arrangement is left to be

provided for by statute, and this has enacted that justices should be elected in October, and that those then chosen should enter upon their office on the first Monday of the January next thereafter.

The relator was entitled to the office from the date last above named, and the judgment of the District Court is affirmed.